■ 570 SMITH STREET CORP. et al., Respondents, v SENECA INS. COMPANY, INC., Appellant, et al., Defendant. [50 NYS3d 57]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered September 23, 2016, which directed defendant insurer to produce documents that it had claimed were subject to the attorney-client privilege, unanimously reversed, on the law and facts, with costs, and the directive vacated.

In this action for breach of contract based on defendant insurer's failure to pay benefits due under an insurance policy, plaintiffs objected, in a letter to Supreme Court, to defendant's withholding of certain correspondence between it and its counsel on the ground that it was protected by the attorney-client privilege. Following an in camera inspection, the court directed defendant to produce the documents to plaintiff.

Following our own in camera review of the correspondence between defendant and its counsel, we conclude that it is protected by the attorney-client privilege, as the correspondence is predominantly of a legal character (*see Rossi v Blue Cross & Blue Shield of Greater N.Y.*, 73 NY2d 588, 593 [1989]). Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Webber and Gesmer, JJ.

■ In the Matter of 15 WEST 55TH ST. PROPERTY LLC et al., Petitioners, v JAMES D'AUGUSTE et al., Respondents. [48 NYS3d 600]—The above-named petitioners having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Webber and Gesmer, JJ.